**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

**FILED**

JUN 1 2 2026

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LUKE E. STOKES,<br><br>Defendant. | Criminal No.   1:26-CR- 31<br><br>Violations:    18 U.S.C. § 7(3)<br>               18 U.S.C. § 113(a)(3) |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

(Assault with a Dangerous Weapon with Intent to do Bodily Harm)

On or about August 23, 2024, in Preston County, in the Northern District of West Virginia, and within the special maritime and territorial jurisdiction of the United States, to wit: Federal Correctional Institution Hazelton, defendant **LUKE E. STOKES** did knowingly and intentionally assault D.S. with a dangerous weapon with the intent to do bodily harm, in violation of Title 18, United States Code, Sections 7(3) and 113(a)(3).

ANDREW
COGAR

MATTHEW L. HARVEY
United States Attorney

Andrew R. Cogar
Assistant United States Attorney